UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MISTY ONYEADOR, et al., | Case No. 20-cv-08596-JST |
|---|---|
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL UPON SETTLEMENT** |
| EXPERIAN INFORMATION SOLUTIONS, INC., | Re: ECF No. 21 |
| Defendant. | |

Plaintiffs have filed a notice of settlement. ECF No. 21. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within thirty days of the date of this order.

**IT IS SO ORDERED**.

Dated: August 25, 2021

JON S. TIGAR
United States District Judge